IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LA CIMA NEWPORT PARTNERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:14-CV-0081-K |
| LEXINGTON INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant Lexington Insurance Company's Motion to Reconsider to Compel Appraisal and Plea in Abatement, filed March 11, 2014. The court has reconsidered both motions. The court's order denying the motions to compel appraisal and for abatement entered February 20, 2014 is **vacated in part,** as to the motion to compel appraisal only. Upon reconsideration, the court **grants** the motion to compel appraisal.

Defendant has shown that it has already selected its appraiser. If Plaintiff has not yet selected its appraiser, it shall do so within ten (10) business days of the date this order is entered. If an umpire is required, and the two designated appraisers cannot agree on an umpire, then an umpire will be selected and designated by the court.

**SO ORDERED.**

Signed May 12th, 2014.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE